**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-6021**

_____

UNITED STATES OF AMERICA,

                 Plaintiff – Appellee,

     v.

EDWARD GORE,

                 Defendant – Appellant.

_____

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  Joseph F. Anderson, Jr., Chief District Judge.  (0:04-cr-00657-JFA-4)

_____

Submitted:  April 16, 2009          Decided:  April 27, 2009

_____

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Edward Gore, Appellant Pro Se.  Jimmie Ewing, Assistant United States Attorney, Columbia, South Carolina, Christopher Todd Hagins, SOUTH CAROLINA LAW ENFORCEMENT DIVISION, Columbia, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edward Gore appeals the district court's order granting the Government's Federal Rule of Criminal Procedure 35 motion and granting his 18 U.S.C. § 3582(c) (2006) motion and its subsequent order denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Gore, No. 0:04-cr-00657-JFA-4 (D.S.C. Dec. 16, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED